# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | | |
|---|---|---|
| HOWARD RUSSELL SCALES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 1-04-1312-T-An |
| | ) | |
| CHARLES TRAUGHBER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

---

## ORDER DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT

---

Plaintiff Howard Russell Scales, inmate number 109183 at the Northwest Correctional Complex in Tiptonville, Tennessee, brought this action pursuant to 42 U.S.C. § 1983, alleging that his due process rights were violated during his parole hearing on August 2, 2004. Defendants filed this motion to dismiss under Fed. R. Civ. 12(b)(6). However, since the motion was filed, Plaintiff has dismissed his claim against Defendants because he was granted parole. Consequently, Defendants' motion to dismiss is DENIED as moot.

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

28 July 2005
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 7/29/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 1:04-CV-01312 was distributed by fax, mail, or direct printing on July 29, 2005 to the parties listed.

---

Howard Russell Scales
Northwest Correctional Facility
109183
960  State Route 212
Tiptonville, TN 38079

Bradley W. Flippen
OFFICE OF ATTORNEY GENERAL
P.O. BOX 20207
NASHVILLE, TN 37202

Honorable James Todd
US DISTRICT COURT