IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

HOWARD RUSSELL SCALES,            )
                                  )
    Plaintiff,                    )
                                  )
VS.                               )   No. 04-1312-T/An
                                  )
CHARLES TRAUGHBER, ET AL.,        )
                                  )
    Defendants.                   )

---

ORDER GRANTING MOTION TO WITHDRAW CIVIL RIGHTS LAWSUIT

---

Plaintiff Howard Russell Scales filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on November 26, 2004. On June 16, 2005, plaintiff filed a motion to withdraw the lawsuit, stating that he had obtained his requested relief. The Court construes the motion as a motion for voluntary dismissal.

The defendants have filed no objection to the plaintiff's motion for voluntary dismissal. Therefore, plaintiff's motion is GRANTED, and this action is hereby DISMISSED pursuant to Fed. R. Civ. P. 41(a)(2). The Clerk is directed to prepare a judgment.

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

22 August 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 8/23/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:04-CV-01312 was distributed by fax, mail, or direct printing on August 23, 2005 to the parties listed.

---

Bradley W. Flippen
OFFICE OF ATTORNEY GENERAL
P.O. BOX 20207
NASHVILLE, TN 37202

Howard Russell Scales
Northwest Correctional Facility
109183
960 State Route 212
Tiptonville, TN 38079

Honorable James Todd
US DISTRICT COURT