

# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

HOWARD RUSSELL SCALES,
v.

CHARLES TRAUGHBER, ET AL.,          CASE NUMBER: 1:04-1312-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 8/23/2005, Plaintiff's Motion to Withdrawal Civil Rights Lawsuit is GRANTED and this action is hereby DISMISSED pursuant to Fed. R. Civ. P. 41(a)(2).

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

                                              THOMAS M. GOULD
                                              CLERK

_8/23/05_              BY: _____
DATE                                         DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _8/24/05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 1:04-CV-01312 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Howard Russell Scales
Northwest Correctional Facility
109183
960 State Route 212
Tiptonville, TN 38079

Bradley W. Flippen
OFFICE OF ATTORNEY GENERAL
P.O. BOX 20207
NASHVILLE, TN 37202

Honorable James Todd
US DISTRICT COURT